**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOBY WADE,<br><br>               Plaintiff,<br><br>      v.<br><br>J. HARTLEY, Warden,<br><br>               Respondent. | NO. 1:08-CV-01417 AWI YNP (DLB) (HC)<br><br>ORDER ALLOWING FOR OBJECTIONS |

On February 9, 2010, the Magistrate Judge issued Findings and Recommendations regarding Respondent's motion to dismiss.

The Findings and Recommendations will be submitted to the Honorable Anthony W. Ishii pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within ten (10) days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   March 19, 2010                             /s/ Anthony W. Ishii
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE